# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| FUMA INTERNATIONAL LLC,<br>an Ohio limited liability company,<br><br>*Plaintiff/Counterdefendant*,<br><br>v.<br><br>R.J. REYNOLDS VAPOR COMPANY,<br>a North Carolina corporation,<br><br>*Defendant/Counterplaintiff.* | Civil Action No. 1:19-cv-260<br><br>and<br><br>Civil Action No. 1:19-cv-660 |

## NOTICE OF SPECIAL APPEARANCE MICHAEL S. QUINLAN

**NOW COMES** Defendant R.J. Reynolds Vapor Company, through counsel, and hereby gives notice that Michael S. Quinlan, of the law firm of Jones Day, is making a special appearance on behalf of Defendant R.J. Reynolds Vapor Company in the above captioned matter, in association with John F. Morrow, Jr. of the law firm of Womble Bond Dickinson (US) LLP. Mr. Quinlan is a member in good standing of the State Bar of Ohio. By entering an appearance, Mr. Quinlan agrees to the provisions of Rule 83.1(d) of the Local Rules of the Middle District of North Carolina. Mr. Quinlan's contact information is as follows: Jones Day, North Point, 901 Lakeside Avenue, Cleveland 44114, Telephone: 216.585.1368, Facsimile: 216.579.0212, msquinlan@jonesday.com.

This the 14th day of June, 2021.

/s/ Michael S. Quinlan
Michael S. Quinlan (OH Bar No. 0088386)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone:   216.585.1368
Facsimile: 216.579.0212
msquinlan@jonesday.com


/s/ John F. Morrow, Jr.
John F. Morrow, Jr. (N.C. Bar No. 23382)
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston-Salem, NC 27101
Telephone:   336.721.3584
Facsimile:   336.733.8429
John.Morrow@wbd-us.com

*Counsel for Defendant R.J. Reynolds Vapor Company*

# CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2021, I electronically filed the foregoing **NOTICE OF SPECIAL APPEARANCE OF MICHAEL S. QUINLAN** with the Clerk of Court using the CM/ECF system.

/s/ *Michael S. Quinlan*
Michael S. Quinlan
